ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Thomas J. Davis, Inc. | ) ASBCA No. 62634 |
| | ) |
| Under Contract No. W912UM-12-C-0029 | ) |

APPEARANCE FOR THE APPELLANT:   Yong Eui Song, Esq.
  Central IP & Law
  Seoul, Korea

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Robert M. Sundberg, Esq.
SoCheung Lee, Esq.
Steven H. Finch, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Far East
  Seoul, Korea

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 20, 2021

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62634, Appeal of Thomas J. Davis, Inc., rendered in conformance with the Board's Charter.

Dated:  September 20, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals